

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

January 26, 1972

Honorable Glenn E. Garrett          Opinion No. M-1053
Executive Director
Good Neighbor Commission          Re: Use of private airplane
Sam Houston State Office Bldg.          by members of the Good
Box 12007                              Neighbor Commission on
Austin, Texas   78711                  official business outside
                                       of the State of Texas and
Dear Hon. Garrett:                     reimbursement therefor.

          In your letter of recent date, you have requested
our opinion concerning the question of whether members of
the Good Neighbor Commission, on official business outside
of the State of Texas, may be reimbursed for use of their
private airplane while on such travel.

          It is our opinion that Article V, Sec. 12a, of the
current Appropriation Act, Senate Bill No. 11, Regular Session,
as amended by Senate Bill No. 7, first call session, 62nd
Legislature, 1971, does not allow this reimbursement.

          In Attorney General's Opinion M-1006 (1971) we con-
cluded that members of the Legislature, when traveling on
official business outside of the State, were allowed this
reimbursement when traveling on official business in accord-
ance with the exceptions listed in Sec. 15 of the current
Appropriation Act.  In Attorney General's Opinion M-1020 (1971)
we held that individuals included within the exception provided
in Sec. 15 were entitled to their actual cost of commercial
transportation including air transportation.  We do not find
any provision for use or reimbursement for private airplane
travel outside the State by members of your agency.  The author-
ity for in-state use of private airplanes by members of the Good
Neighbor Commission is allowed by the third paragraph of Sec. 12a,

-5144-

Article V of the Act which reads as follows:

"The rate of reimbursement to executive heads and key officials including members of the Legislature for travel in their personally owned airplanes within the boundaries of the State of Texas and between points of necessary official business shall be sixteen cents (16) per highway mile. The rate of reimbursement for other state employees for travel in their personally owned airplanes within the boundaries of the State of Texas and between points of necessary official business shall be ten cents (10) per highway mile."

This cannot be extended to out-of-state travel, except as to members of the Legislature who qualify under Section 15c of Article V of the current Appropriation Act.

S U M M A R Y

Neither Article V, Sec. 12a, nor Sec. 15, Senate Bill No. 11, Regular Session, as amended by Senate Bill No. 7, first call session, 62nd Legislature, 1971, the current Appropriation Act, authorize the reimbursement to members of the Good Neighbor Commission for use of their private airplane on official business outside the State of Texas.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Melvin E. Corley
Assistant Attorney General

Hon. Glenn E. Garrett, page 3,  (M-1053)


APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Jim Swearingen
Roland Allen
James Quick
Sally Phillips

SAM MCDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant